CEDRIC C. CHUN, Trustee for Creditors and Stockholders of Sportswear Hawaii, Ltd., a Dissolved Hawaii corporation *v.* JAMES KWAN KEE PARK, ETHEL OI KING TON PARK, HOLIDAY FASHIONS, INC., a Hawaii corporation, and HONOLULU SAVINGS & LOAN CO., LIMITED, a Hawaii corporation, LEONARD P. PARESA and GEORGE M. KOGA *v.* UNITED TITLE COMPANY, LIMITED, a Hawaii corporation.

No. 4768.

JANUARY 22, 1970.

RICHARDSON, C.J., ABE, KOBAYASHI, JJ., CIRCUIT JUDGE HAWKINS IN PLACE OF MARUMOTO, J., DISQUALIFIED, AND CIRCUIT JUDGE NELSON DOI IN PLACE OF LEVINSON, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

*Leland H. Spencer* (*Chuck & Fujiyama* of counsel) for the petition.